IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ELIJAH COLEMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv883-MHT |
| | ) | (WO) |
| WARDEN CARTER DAVENPORT | ) | |
| and THE ATTORNEY GENERAL | ) | |
| OF THE STATE OF ALABAMA, | ) | |
| LUTHER STRANGE, | ) | |
| | ) | |
| Respondents. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court:

    (1) Petitioner's objections (doc. no. 19) are
overruled.

    (2) The United States Magistrate Judge's
recommendation (doc. no. 17) is adopted.

    (3) The petition for writ of habeas corpus (doc.
no. 1) is denied as time-barred.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of August, 2016.

                                   /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE